NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AUTOMATED TRANSACTIONS, LLC,**
*Plaintiff-Appellant,*

v.

**IYG HOLDING CO., 7-ELEVEN, INC.,
VCOM FINANCIAL SERVICES, INC.,
AND CARDTRONICS USA, INC.,**
*Defendants-Appellees.*

---

2011-1492

---

Appeal from the United States District Court for the District of Delaware in case no. 06-CV-0043, Judge Sue L. Robinson.

---

## ORDER

Upon consideration of Automated Transactions, LLC's motion for a 29-day extension of time, until January 20, 2012, to file its reply brief,

IT IS ORDERED THAT:

The motion for an extension of time is granted.

FOR THE COURT

**DEC 1 9 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Albert L. Jacobs, Jr., Esq.
     Donald R. Dunner, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**DEC 1 9 2011**

**JAN HORBALY**
**CLERK**